IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2006 MAR -2 PM 4: 13
OFFICE OF THE CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:06CR3008 |
| NORMAN R. FORD, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion for Temporary Release and Order under seal.

DATED this 2nd day of March, 2006.

BY THE COURT:

*/s/ David L. Piester*
The Honorable David L. Piester
United States Magistrate Judge