IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
                        Plaintiff, )
                                   )
v.                                 )   Case No. 4:06CR3008
NORMAN R. FORD, )
                        Defendant. )

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2006 MAR 10 AM 10: 51
OFFICE OF THE CLERK

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Unopposed Motion to Review Order of Detention under seal.

DATED this 10th day of March, 2006.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge