IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORMAN R. FORD, ) <br> ) <br> Defendant. ) <br> ) | 4:06CR3008 <br><br> MEMORANDUM AND ORDER |

Defendant has filed a motion to review detention. It requests that the "order of detention be vacated and the court enter an order of release with appropriate conditions." However, it does not propose any conditions.

I am inclined to release the defendant on conditions, but any such order would have to be to the third-party custody of a responsible person. I recognize the defendant does not appear from court records to have any relatives in the area, so this may be a problem; nevertheless, I think he should be with someone.

I leave it to defendant's counsel to propose what the defendant considers to be "appropriate conditions," including a person who is willing to act as third-party custodian of the plaintiff. That person and the proposed residence will have to be investigated, but eventually the defendant should be released and be able to continue his treatment.

IT THEREFORE HEREBY IS ORDERED,

The motion for review, filing 17, is held in abeyance until March 31, 2006 to allow the defendant to propose specific conditions on which he may be released. If no conditions are proposed by that date, the motion will stand denied.

DATED this 16th day of March, 2006.

                          BY THE COURT:

                          s/ *David L. Piester*
                          David L. Piester
                          United States Magistrate Judge