IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 4:06CR3008 |
| v. | ) |
| NORMAN R. FORD, | ) |
| | ) MEMORANDUM AND ORDER |
| Defendant. | ) |

A hearing was held before me this date on allegations made in the petitions for action on conditions of pretrial release, filings 31 and 35. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in both petitions. I therefore find that the allegations of violation of the order of release are true.

Regarding disposition, the government sought detention. I agree that detention is appropriate.

IT THEREFORE HEREBY IS ORDERED,

1. The previous order of release, filing 23, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

2. Defendant's oral motion for release of bond is granted.

DATED May 22, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge