IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3008 |
| | ) | |
| v. | ) | |
| | ) | |
| NORMAN R. FORD, | ) | TENTATIVE FINDINGS REGARDING |
| | ) | PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT |
| | ) | |

There have been no objections to the Presentence Investigation Report. Accordingly, I find that it is true and accurate. Objections may be made to these tentative findings at the time of the sentencing, but no evidence shall be received and none has been requested.

Dated June 20, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge