IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3008 |
| | ) | |
| v. | ) | |
| | ) | |
| NORMAN R. FORD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The initial appearance on supervised release violation is rescheduled for June 17, 2008 at 1:30 p.m. before undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED: June 4, 2008

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge