IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3008 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NORMAN R. FORD, | ) | |
| | ) | |
| Defendant. | ) | |

　　　IT IS ORDERED that a revocation hearing is set to commence at 12:15 p.m. on July 30, 2008, before the Hon. Warren K. Urbom, United States Senior Judge, in Courtroom #4, United States Courthouse, Lincoln, Nebraska.

　　　Dated: June 17, 2008.

BY THE COURT

s/ *David L. Piester*
_____
United States Magistrate Judge