IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:06CR3008 |
| NORMAN FORD, | ) ) ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 60, now set for July 23, 2008, at 1:30 p.m. until a date certain in approximately 60 days. The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 24th day of September, 2008, at 12:15 p. m. The defendant is ordered to appear at such time.

Dated July 17, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge