IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:06CR3008 |
| | ) | |
| NORMAN FORD, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 62, now set for September 24, 2008, at 12:15 p.m. until a date certain in approximately four months.

IT IS ORDERED that the revocation hearing scheduled in this case shall be continued until the 27th, day of January, 2009, at 12:15 p. m. The defendant is ordered to appear at such time.

Dated this 17th day of September, 2008.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge