IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3008 |
| | ) | |
| v. | ) | |
| | ) | ORDER ON PETITION FOR WARRANT |
| NORMAN FORD, | ) | OR SUMMONS FOR OFFENDER |
| | ) | UNDER SUPERVISION |
| Defendant. | ) | |
| | ) | |

     This matter came on for hearing on January 6, 2009. The Defendant, Norman R. Ford, was advised of the allegations and potential penalties in the Petition. Mr. Ford admitted allegations in the Petition and the Court has accepted that admission. The government, the probation officer, and the Defendant all recommended that the Court not proceed to disposition in order to allow Mr. Ford to attend the treatment for Post-Traumatic Stress Disorder at Bay Pines Veterans Affairs Health Care System, Center for Sexual Trauma Services in Bay Pines, Florida. With a report from the probation officer, not denied by the defense, that Mr. Ford has used marijuana in recent time and therefore is continuing to violate conditions of his release, the Court was advised by the parties that Mr. Ford's release should be revoked pending admission into the aforementioned program. Therefore,

     IT IS ORDERED that the supervised release of the Defendant shall remain under the same conditions as most recently existed, except that the Defendant shall be held in a jail-type institution continuously from now until he can be enrolled in the Post-Traumatic Stress Disorder treatment program at Bay Pines VA Health Care System, Bay Pines, FL. Upon the Defendant's entering that program, he shall remain there following the rules set by program staff until completion. Upon being discharged from the program for whatever reason, whatever reason comes first, a hearing shall be

held for final disposition of the Petition for Warrant or Summons for Offender Under Supervision dated June 4, 2008, filing 49.

    Dated January 12, 2009.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge