IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3008 |
| | ) | |
| v. | ) | |
| | ) | |
| NORMAN R. FORD, | ) | ORDER ON MOTION TO REVIEW |
| | ) | DETENTION |
| Defendant. | ) | |
| | ) | |

Pursuant to the defendant's Motion to Review Detention, filing 67, to which the government has expressed no opposition,

IT THEREFORE IS ORDERED that:

1. the defendant shall be released from detention on March 11, 2009, and shall reside at the Promise House in Lincoln, Nebraska, until his departure to the Bay Pines VA Medical Health Care System, Bay Pines, Florida;

2. the defendant shall enter the Post-Traumatic Stress Disorder treatment program at Bay Pines VA Medical Health Care System, Bay Pines, Florida, remain in, participate in, and obey all rules of such program;

3. upon being discharged from the program for whatever reason, counsel for the defendant shall notify the court of the defendant's discharge and a hearing shall be scheduled for the final disposition of the Petition for Warrant or Summons for Offender Under Supervision dated June 4, 2008, filing 49; and

4. the supervised release of the defendant shall remain under the same conditions as most recently existed, subject only to the changes set out in this order.

Dated March 10, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge